DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

| | | | |
|---|---|---|---|
| A&F Trademark, Inc v. Tolson<br><br>Case below:<br>167 N.C. App. 150 | No. 023P05 | 1. Petitioners' (A&F, Trademark, et al) NOA Based Upon a Constitutional Question (COA03-1203)<br><br>2. Respondent's (Sec. of Revenue) Motion to Dismiss Appeal<br><br>3. Petitioners' (A&F Trademark, et al) PDR Under N.C.G.S. § 7A-31 | 1. —<br><br><br>2. Allowed (03/03/05)<br><br>3. Denied (03/03/05) |
| Bennett v. News & Observer Publ'g Co.<br><br>Case below:<br>167 N.C. App. 370 | No. 025A05 | Plt's NOA Based Upon a Constitutional Question (COA04-105) | Dismissed ex mero motu (03/03/05) |
| Bryson v. Cooper<br><br>Case below:<br>166 N.C. App. 759 | No. 640P04 | Plts' NOA Based Upon a Constitutional Question (COA03-1484) | Dismissed ex mero motu (03/03/05) |
| Cook v. Watson Elec. Constr. Co.<br><br>Case below:<br>166 N.C. App. 279 | No. 525P04 | 1. Plts' PDR Under N.C.G.S. § 7A-31 (COA03-456)<br><br>2. Plts' Alternative PWC | 1. Denied (03/03/05)<br><br>2. Denied (03/03/05) |
| Craven v. VF Corp.<br><br>Case below:<br>167 N.C. App. 612 | No. 099P05 | 1. Defs' PDR Under N.C.G.S. § 7A-31 (COA03-1688)<br><br>2. Defs' Motion for Temporary Stay<br><br><br><br>3. Defs' Petition for Writ of Supersedeas | 1. Denied (03/03/05)<br><br>2. Allowed **02/17/05** Stay Dissolved **03/03/05**<br><br>3. Denied (03/03/05) |
| Cunningham v. Sams<br><br>Case below:<br>167 N.C. App. 653 | No. 064P05 | 1. Def's Motion for Temporary Stay (COA03-1719)<br><br>2. Def's PDR Under N.C.G.S. § 7A-31 | 1. Stay Dissolved **03/03/05**<br><br>2. Denied (03/03/05) |
| Diaz v. Division of Soc. Servs.<br><br>Case below:<br>166 N.C. App. 209 | No. 523PA04 | 1. Respondent's Petition for Writ of Supersedeas (COA03-1151)<br><br>2. Respondent's PDR Under N.C.G.S. § 7A-31<br><br>3. Petitioner's Conditional PDR | 1. Allowed (03/03/05)<br><br>2. Allowed (03/03/05)<br><br>3. Allowed (03/03/05) |